**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Wayne R. Clark | CHAPTER 13 |
| Deborah A. Clark | |
| Debtor(s) | BKY. NO. 23-10736 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

    Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
19 Apr 2023, 15:55:04, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322