```
SEQ 000781
Company Code      Loc/Dept   Number    Page
RK / SW7 20916603   01/02    7536516   1 of 1
HUNTINGDON VALLEY PRESBYTERIAN
2410 HUNTINGDON PIKE
HUNTINGDON VALLEY, PA 19006
```

# Earnings Statement

**ADP**

Period Starting: 03/16/2023
Period Ending: 03/31/2023
Pay Date: 03/31/2023

Taxable Marital Status: Married
Exemptions/Allowances:       Tax Override:
  Federal: 0                   Federal:
  State:   0                   State:
  Local:   0                   Local:
Social Security Number: XXX-XX-XXXX

DEBORAH A CLARK
919 SHERMAN AVE
HUNTINGDON VAL, PA 19006

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.7500 | 66.50 | 847.88 | 4328.65 |
| Gross Pay | | | $847.88 | $4,328.65 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -23.12 | 66.84 |
| Social Security | -52.57 | 268.38 |
| Medicare | -12.30 | 62.77 |
| Pennsylvania State Income | -26.03 | 132.89 |
| Lower Moreland T Local | -8.48 | 43.28 |

Net Pay    $725.38

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 66.50 | 339.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1153 | XXXXXXXXX | 725.38 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $847.88

HUNTINGDON VALLEY PRESBYTERIAN
2410 HUNTINGDON PIKE
HUNTINGDON VALLEY, PA 19006

Pay Date:    03/31/2023

Deposited to the account    account number    transit/ABA    amount
Checking DirectDeposit       XXXXXX1153        XXXXXXXXX      725.38

THIS IS NOT A CHECK

DEBORAH A CLARK
919 SHERMAN AVE
HUNTINGDON VAL, PA 19006

SEQ 000137

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / SW7 20616603 | 01/02 | 7509538 | 1 of 1 |

HUNTINGDON VALLEY PRESBYTERIAN
2410 HUNTINGDON PIKE
HUNTINGDON VALLEY, PA 19006

# Earnings Statement

ADP

Period Starting: 03/01/2023
Period Ending: 03/15/2023
Pay Date: 03/15/2023

Taxable Marital Status: Married
Exemptions/Allowances:    Tax Override:
 Federal: 0    Federal:
 State: 0    State:
 Local: 0    Local:
Social Security Number: XXX-XX-XXXX

DEBORAH A CLARK
919 SHERMAN AVE
HUNTINGDON VAL, PA 19006

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.7500 | 60.50 | 771.38 | 3480.77 |
| Gross Pay | | | $771.38 | $3,480.77 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -15.47 | 43.72 |
| Social Security | -47.83 | 215.81 |
| Medicare | -11.18 | 50.47 |
| Pennsylvania State Income | -23.68 | 106.86 |
| Lower Moreland T Local | -7.71 | 34.80 |

Net Pay    $665.51

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 60.50 | 273.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1153 | XXXXXXXX | 665.51 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $771.38

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE TONE GRADUALLY - REVERSE MICRO PRINT BORDER - ARTIFICIAL WATERMARK ON BACK

HUNTINGDON VALLEY PRESBYTERIAN
2410 HUNTINGDON PIKE
HUNTINGDON VALLEY, PA 19006

Pay Date:    03/15/2023

Deposited to the account of
Checking DirectDeposit

THIS IS NOT A CHECK

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1153 | XXXXXXXX | 665.51 |

DEBORAH A CLARK
919 SHERMAN AVE
HUNTINGDON VAL, PA 19006

```
SEQ 000347
Company Code    Loc/Dept   Number    Page
RK / SW7 20916603  01/02   7464849   1 of 1
HUNTINGDON VALLEY PRESBYTERIAN
2410 HUNTINGDON PIKE
HUNTINGDON VALLEY, PA 19006
```

# Earnings Statement

## ADP

Period Starting: 02/01/2023
Period Ending: 02/15/2023
Pay Date: 02/15/2023

Taxable Marital Status: Married
Exemptions/Allowances:           Tax Override:
  Federal:   0                     Federal:
  State:     0                     State:
  Local:     0                     Local:
Social Security Number: XXX-XX-XXXX

DEBORAH A CLARK
919 SHERMAN AVE
HUNTINGDON VAL, PA 19006

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.7500 | 60.50 | 771.38 | 2132.45 |
| Gross Pay | | | $771.38 | $2,132.45 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 60.50 | 167.25 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -15.47 | 28.25 |
| Social Security | -47.82 | 132.21 |
| Medicare | -11.18 | 30.92 |
| Pennsylvania State Income | -23.68 | 65.47 |
| Lower Moreland T Local | -7.71 | 21.32 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1153 | XXXXXXXXX | 665.52 |

Important Notes
Basis of pay: Hourly

Net Pay   $665.52

Your federal taxable wages this period are $771.38

---

HUNTINGDON VALLEY PRESBYTERIAN
2410 HUNTINGDON PIKE
HUNTINGDON VALLEY, PA 19006

Pay Date: 02/15/2023

THIS IS NOT A CHECK

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1153 | XXXXXXXXX | 665.52 |

DEBORAH A CLARK
919 SHERMAN AVE
HUNTINGDON VAL, PA 19006

```
SEQ 000509
Company Code   Loc/Dept   Number   Page
RK / SW7 20916603  01/02  7486583  1 of 1
HUNTINGDON VALLEY PRESBYTERIAN
2410 HUNTINGDON PIKE
HUNTINGDON VALLEY, PA 19006
```

**Earnings Statement** — ADP

Period Starting: 02/16/2023
Period Ending: 02/28/2023
Pay Date: 02/28/2023

Taxable Marital Status: Married
Exemptions/Allowances:       Tax Override:
  Federal:  0                 Federal:
  State:    0                 State:
  Local:    0                 Local:
Social Security Number: XXX-XX-XXXX

DEBORAH A CLARK
919 SHERMAN AVE
HUNTINGDON VAL, PA 19006

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.7500 | 45.25 | 576.94 | 2709.39 |
| **Gross Pay** | | | **$576.94** | **$2,709.39** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 28.25 |
| Social Security | -35.77 | 167.98 |
| Medicare | -8.37 | 39.29 |
| Pennsylvania State Income | -17.71 | 83.18 |
| Lower Moreland T Local | -5.77 | 27.09 |

**Net Pay**   **$509.32**

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 45.25 | 212.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1153 | XXXXXXXX | 509.32 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $576.94

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

HUNTINGDON VALLEY PRESBYTERIAN
2410 HUNTINGDON PIKE
HUNTINGDON VALLEY, PA 19006

Pay Date: 02/28/2023

Deposited to the account of
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1153 | XXXXXXXX | 509.32 |

**THIS IS NOT A CHECK**

DEBORAH A CLARK
919 SHERMAN AVE
HUNTINGDON VAL, PA 19006

SEQ 000347

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / SW7 20916603 | 01/02 | 7464849 | 1 of 1 |

HUNTINGDON VALLEY PRESBYTERIAN
2410 HUNTINGDON PIKE
HUNTINGDON VALLEY, PA 19006

## Earnings Statement

ADP

Period Starting: 02/01/2023
Period Ending: 02/15/2023
Pay Date: 02/15/2023

Taxable Marital Status: Married
Exemptions/Allowances:   Tax Override:
 Federal: 0   Federal:
 State: 0   State:
 Local: 0   Local:
Social Security Number: XXX-XX-XXXX

DEBORAH A CLARK
919 SHERMAN AVE
HUNTINGDON VAL, PA 19006

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.7500 | 60.50 | 771.38 | 2132.45 |
| Gross Pay | | | $771.38 | $2,132.45 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -15.47 | 28.25 |
| Social Security | -47.82 | 132.21 |
| Medicare | -11.18 | 30.92 |
| Pennsylvania State Income | -23.68 | 65.47 |
| Lower Moreland 1 Local | -7.71 | 21.32 |
| Net Pay | $665.52 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 60.50 | 167.25 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1153 | XXXXXXXX | 665.52 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $771.38

---

VERIFY DOCUMENT AUTHENTICITY COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHT AT BOTTOM

HUNTINGDON VALLEY PRESBYTERIAN
2410 HUNTINGDON PIKE
HUNTINGDON VALLEY, PA 19006

Pay Date: 02/15/2023

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1153 | XXXXXXXX | 665.52 |

THIS IS NOT A CHECK

DEBORAH A CLARK
919 SHERMAN AVE
HUNTINGDON VAL, PA 19006