# PHILADELPHIA PA
## PAY STATEMENT

Check Number: 020124930
Employee ID: 00000-86981
Organization: 9560
Check Date: 03/31/2023

WAYNE R CLARK
919 SHERMAN AVE
HUNTINGDON VALLEY PA 19006-8722

| EMPLOYEE NAME | | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | BI-WEEKLY |
|---|---|---|---|---|---|---|
| WAYNE R CLARK | | 60 | 00000-86981 | 03/24/2023 | 03/31/2023 | 2,009.86 |

| H.I. PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
|---|---|---|---|---|---|---|
| WC5D 30-59 | 034 | 9560 | 10,627.50 | 11,697.02 | 11,697.02 | 11,646.27 |

| CHECK NO. | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | | GROSS WAGES | NET PAY | DIRECT DEPOSIT |
|---|---|---|---|---|---|---|---|
| 020124930 | 1,506.10 | 1,638.63 | 1,638.63 | | 1,656.66 | | 1,051.33 |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 2,009.86 | FEDERAL TAX | 89.11 | 389.32 |
| RESERVE ACCR | | | -353.20 | ADD FED TAX | 85.00 | 340.00 |
| | | | | FICA | 101.60 | 714.69 |
| | | | | FICA MED | 23.76 | 167.14 |
| | | | | STATE TAX | 50.30 | 353.83 |
| | | | | CITY TAX NON | 57.23 | 402.32 |
| | | | | RETIREMENT | 132.53 | 899.71 |
| | | | | WAGE CON | 6.23 | 41.86 |
| | | | | SPAP DUES | 33.13 | 232.91 |
| | | | | UNEMPL TAX | 1.16 | 8.15 |
| | | | | SLRY MED DED | 25.28 | 169.81 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 6.50 | 5.00 | 1.50 | LEGAL FRINGE | 7.25 | 50.75 |
| FROZEN PL | 5.21 | | 5.21 | | | |
| PERS ILL | 39.05 | 7.00 | 32.05 | | | |
| DIR QUAR LV | | | 0.00 | | | |

THE SCHOOL DISTRICT OF PHILADELPHIA
PHILADELPHIA, PA
PAY STATEMENT

Check Number: 020104986
Employee ID: 00000-86981
Organization: 9560
Check Date: 03/17/2023

WAYNE R CLARK
919 SHERMAN AVE
HUNTINGDON VALLEY PA 19006-8722

| EMPLOYEE NAME | | | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | BIWEEKLY |
|---|---|---|---|---|---|---|---|
| WAYNE R CLARK | | | 60 | 00000-86981 | 03/10/2023 | 03/17/2023 | 2,009.86 |
| H.I. PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | | YTD FICA MED EARNINGS | YTD GROSS WAGES |
| WC5D 30-59 | 034 | 9560 | 9,121.40 | 10,033.11 | | 10,033.11 | 9,989.61 |
| CHECK NO. | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | | GROSS WAGES | NET PAY | DIRECT DEPOSIT |
| 020104986 | 1,506.10 | 1,638.63 | 1,638.63 | | 1,656.66 | | 1,019.34 |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 1,953.05 | FEDERAL TAX | 89.11 | 300.21 |
| RESERVE ACCR | | | -296.39 | ADD FED TAX | 85.00 | 255.00 |
| | | | | FICA | 101.59 | 613.09 |
| | | | | FICA MED | 23.76 | 143.38 |
| | | | | LIFE INS | 2.00 | 6.00 |
| | | | | STATE TAX | 50.30 | 303.53 |
| | | | | CITY TAX NON | 57.23 | 345.09 |
| | | | | RETIREMENT | 132.53 | 767.18 |
| | | | | WAGE CON | 6.23 | 35.63 |
| | | | | SPAP DUES | 33.13 | 199.78 |
| | | | | UNEMPL TAX | 1.16 | 6.99 |
| | | | | SLRY MED DED | 25.28 | 144.53 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 6.50 | 5.00 | 1.50 | LEGAL FRINGE | 7.25 | 43.50 |
| FROZEN PL | 5.21 | | 5.21 | | | |
| PERS ILL | 39.05 | 7.00 | 32.05 | | | |
| DIR QUAR LV | | | 0.00 | | | |

## PAY STATEMENT

Check Number: 020085077
Employee ID: 00000-86981
Organization: 9560
Check Date: 03/03/2023

WAYNE R CLARK
919 SHERMAN AVE
HUNTINGDON VALLEY PA 19006-8722

| EMPLOYEE NAME | | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | BI-WEEKLY |
|---|---|---|---|---|---|---|
| WAYNE R CLARK | | 60 | 00000-86981 | 02/24/2023 | 03/03/2023 | 1,896.24 |

| H.I. PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
|---|---|---|---|---|---|---|
| WC5D 30-59 | 034 | 9560 | 7,615.30 | 8,369.20 | 8,369.20 | 8,332.95 |

| CHECK NO. | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | | GROSS WAGES | NET PAY | DIRECT DEPOSIT |
|---|---|---|---|---|---|---|---|
| 020085077 | 1,443.06 | 1,569.99 | 1,569.99 | | 1,586.59 | | 1,007.43 |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 1,801.43 | FEDERAL TAX | 81.55 | 211.10 |
| RESERVE ACCR | | | -309.65 | ADD FED TAX | 85.00 | 170.00 |
| PERSONAL ILL | | 0.50 | 94.81 | FICA | 97.34 | 511.50 |
| | | | | FICA MED | 22.76 | 119.62 |
| | | | | STATE TAX | 48.19 | 253.23 |
| | | | | CITY TAX NON | 54.82 | 287.86 |
| | | | | RETIREMENT | 126.93 | 634.65 |
| | | | | WAGE CON | 5.88 | 29.40 |
| | | | | SPAP DUES | 31.73 | 166.65 |
| | | | | UNEMPL TAX | 1.11 | 5.83 |
| | | | | SLRY MED DED | 23.85 | 119.25 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 6.50 | 5.00 | 1.50 | LEGAL FRINGE | 7.25 | 36.25 |
| FROZEN PL | 5.21 | | 5.21 | | | |
| PERS ILL | 39.05 | 7.00 | 32.05 | | | |
| DIR QUAR LV | | | 0.00 | | | |

## PAY STATEMENT

| | |
|---|---|
| Check Number: | 020065178 |
| Employee ID: | 00000-86981 |
| Organization: | 9560 |
| Check Date: | 02/17/2023 |

WAYNE R CLARK
919 SHERMAN AVE
HUNTINGDON VALLEY PA  19006-8722

| EMPLOYEE NAME | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | BI-WEEKLY |
|---|---|---|---|---|---|
| WAYNE R CLARK | 60 | 00000-86981 | 02/10/2023 | 02/17/2023 | 1,896.24 |

| H.I. PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
|---|---|---|---|---|---|---|
| WC5D 30-59 | 034 | 9560 | 6,172.24 | 6,775.36 | 6,775.36 | 6,746.36 |

| CHECK NO. | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | | GROSS WAGES | NET PAY | DIRECT DEPOSIT |
|---|---|---|---|---|---|---|---|
| 020065178 | 1,843.06 | 1,969.99 | 1,969.99 | | 1,986.59 | | 1,292.50 |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 1,896.24 | FEDERAL TAX | 129.55 | 129.55 |
| RESERVE ACCR | | | -309.65 | ADD FED TAX | 85.00 | 85.00 |
| PERF ATTEND | | | 400.00 | FICA | 122.14 | 414.16 |
| | | | | FICA MED | 28.57 | 96.86 |
| | | | | LIFE INS | 2.00 | 4.00 |
| | | | | STATE TAX | 60.47 | 205.04 |
| | | | | CITY TAX NON | 68.58 | 233.04 |
| | | | | RETIREMENT | 126.93 | 507.72 |
| | | | | WAGE CON | 5.88 | 23.52 |
| | | | | SPAP DUES | 39.73 | 134.92 |
| | | | | UNEMPL TAX | 1.39 | 4.72 |
| | | | | SLRY MED DED | 23.85 | 95.40 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 6.50 | 5.00 | 1.50 | LEGAL FRINGE | 7.25 | 29.00 |
| FROZEN PL | 5.21 | | 5.21 | | | |
| PERS ILL | 39.05 | 6.50 | 32.55 | | | |
| DIR QUAR LV | | | 0.00 | | | |

ALL PL, PL & VAC. TOTALS ARE SUBJECT TO POST AUDIT.

PHILADELPHIA
PAY STATEMENT

Check Number:     020045203
Employee ID:      00000-86981
Organization:     9560
Check Date:       02/03/2023

WAYNE R CLARK
919 SHERMAN AVE
HUNTINGDON VALLEY PA  19006-8722

| EMPLOYEE NAME | | | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | BI-WEEKLY |
|---|---|---|---|---|---|---|---|
| WAYNE R CLARK | | | 60 | 00000-86981 | 01/27/2023 | 02/03/2023 | 1,896.24 |

| H.I. PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
|---|---|---|---|---|---|---|
| WC5D 30-59 | 034 | 9560 | 4,329.18 | 4,781.52 | 4,781.52 | 4,759.77 |

| CHECK NO. | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | | GROSS WAGES | NET PAY | DIRECT DEPOSIT |
|---|---|---|---|---|---|---|---|
| 020045203 | 1,443.06 | 1,569.99 | 1,569.99 | | 1,586.59 | | 1,173.98 |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 1,896.24 | FEDERAL TAX | | 0.00 |
| RESERVE ACCR | | | -309.65 | FICA | 97.34 | 292.02 |
| | | | | FICA MED | 22.76 | 68.29 |
| | | | | STATE TAX | 48.19 | 144.57 |
| | | | | CITY TAX NON | 54.82 | 164.46 |
| | | | | RETIREMENT | 126.93 | 380.79 |
| | | | | WAGE CON | 5.88 | 17.64 |
| | | | | SPAP DUES | 31.73 | 95.19 |
| | | | | UNEMPL TAX | 1.11 | 3.33 |
| | | | | SLRY MED DED | 23.85 | 71.55 |

ALL PL, PL & VAC. TOTALS ARE SUBJECT TO POST AUDIT.

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 6.50 | 5.00 | 1.50 | LEGAL FRINGE | 7.25 | 21.75 |
| FROZEN PL | 5.21 | | 5.21 | | | |
| PERS ILL | 39.05 | 6.50 | 32.55 | | | |
| DIR QUAR LV | | | 0.00 | | | |

PHILADELPHIA

## PAY STATEMENT

Check Number:     020025214
Employee ID:      00000-86981
Organization:     9560
Check Date:       01/20/2023

WAYNE R CLARK
919 SHERMAN AVE
HUNTINGDON VALLEY PA  19006-8722

| EMPLOYEE NAME | | | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | BI-WEEKLY |
|---|---|---|---|---|---|---|---|
| WAYNE R CLARK | | | 60 | 00000-86981 | 01/13/2023 | 01/20/2023 | 1,896.24 |

| H.I. PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
|---|---|---|---|---|---|---|
| WC5D 30-59 | 034 | 9560 | 2,886.12 | 3,187.68 | 3,187.68 | 3,173.18 |

| CHECK NO. | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | | GROSS WAGES | NET PAY | DIRECT DEPOSIT |
|---|---|---|---|---|---|---|---|
| 020025214 | 1,443.06 | 1,569.99 | 1,569.99 | | 1,586.59 | | 1,171.97 |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 1,801.43 | FEDERAL TAX | | 0.00 |
| RESERVE ACCR | | | -309.65 | FICA | 97.34 | 194.68 |
| PERSONAL ILL | | 0.50 | 94.81 | FICA MED | 22.77 | 45.53 |
| | | | | LIFE INS | 2.00 | 2.00 |
| | | | | STATE TAX | 48.19 | 96.38 |
| | | | | CITY TAX NON | 54.82 | 109.64 |
| | | | | RETIREMENT | 126.93 | 253.86 |
| | | | | WAGE CON | 5.88 | 11.76 |
| | | | | SPAP DUES | 31.73 | 63.46 |
| | | | | UNEMPL TAX | 1.11 | 2.22 |
| | | | | SLRY MED DED | 23.85 | 47.70 |

ALL PL, FL & VAC. TOTALS ARE SUBJECT TO POST AUDIT.

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 6.50 | 5.00 | 1.50 | LEGAL FRINGE | 7.25 | 14.50 |
| FROZEN PL | 5.21 | | 5.21 | | | |
| PERS ILL | 39.05 | 6.50 | 32.55 | | | |
| DIR QUAR LV | | | 0.00 | | | |