| SEQ 000794 | | | | |
|---|---|---|---|---|
| **Company Code** | **Loc/Dept** | **Number** | **Page** | |
| RK / SW7 20916603 | 01/02 | 7441945 | 1 of 1 | |

HUNTINGDON VALLEY PRESBYTERIAN
2410 HUNTINGDON PIKE
HUNTINGDON VALLEY, PA 19006

# Earnings Statement

**ADP**

Period Starting: 01/16/2023
Period Ending: 01/31/2023
Pay Date: 01/31/2023

Taxable Marital Status: Married
Exemptions/Allowances:    Tax Override:
  Federal: 0              Federal:
  State: 0                State:
  Local: 0                Local:
Social Security Number: XXX-XX-XXXX

**DEBORAH A CLARK**
**919 SHERMAN AVE**
**HUNTINGDON VAL, PA 19006**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.7500 | 57.25 | 729.94 | 1361.07 |
| **Gross Pay** | | | **$729.94** | **$1,361.07** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -11.33 | 12.78 |
| Social Security | -45.26 | 84.39 |
| Medicare | -10.59 | 19.74 |
| Pennsylvania State Income | -22.41 | 41.79 |
| Lower Moreland T Local | -7.30 | 13.61 |
| **Net Pay** | **$633.05** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 57.25 | 106.75 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1153 | XXXXXXXXX | 633.05 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $729.94

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

HUNTINGDON VALLEY PRESBYTERIAN
2410 HUNTINGDON PIKE
HUNTINGDON VALLEY, PA 19006

Pay Date: 01/31/2023

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1153 | XXXXXXXXX | 633.05 |

VOID VOID VOID VOID

DEBORAH A CLARK
919 SHERMAN AVE
HUNTINGDON VAL, PA 19006

| SEQ 000730 | | | |
|---|---|---|---|
| Company Code | Loc/Dept | Number | Page |
| RK / SW7 20916603 | 01/02 | 7414514 | 1 of 1 |

HUNTINGDON VALLEY PRESBYTERIAN
2410 HUNTINGDON PIKE
HUNTINGDON VALLEY, PA 19006

# Earnings Statement

**ADP**

Period Starting: 01/01/2023
Period Ending: 01/15/2023
Pay Date: 01/13/2023

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
 Federal: 0     Federal:
 State: 0      State:
 Local: 0      Local:
Social Security Number: XXX-XX-XXXX

**DEBORAH A CLARK**
**919 SHERMAN AVE**
**HUNTINGDON VAL, PA 19006**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.7500 | 49.50 | 631.13 | 631.13 |
| **Gross Pay** | | | **$631.13** | $631.13 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -1.45 | 1.45 |
| Social Security | -39.13 | 39.13 |
| Medicare | -9.15 | 9.15 |
| Pennsylvania State Income | -19.38 | 19.38 |
| Lower Moreland T Local | -6.31 | 6.31 |

**Net Pay** $555.71

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 49.50 | 49.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1153 | XXXXXXXXX | 555.71 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $631.13

---

HUNTINGDON VALLEY PRESBYTERIAN
2410 HUNTINGDON PIKE
HUNTINGDON VALLEY, PA 19006

Pay Date: 01/13/2023

**THIS IS NOT A CHECK**

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1153 | XXXXXXXXX | 555.71 |

VOID VOID VOID

DEBORAH A CLARK
919 SHERMAN AVE
HUNTINGDON VAL, PA 19006