IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, <br><br> WAYNE R CLARK, and <br> DEBORAH A CLARK, <br>     Debtor, <br><br> SPECIALIZED LOAN SERVICING, LLC, AS SERVICING AGENT FOR FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED CREDIT RISK TRANSFER TRUST, SERIES 2020-1, <br>     Movant, <br><br>            V. <br><br> WAYNE R CLARK, <br> DEBORAH A CLARK, and <br> KENNETH E WEST, Trustee, <br>     Respondents. | Bankruptcy No. 23-10736-pmm <br><br> Chapter 13 <br><br> Related to Doc. No. 18 |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

TO THE CLERK OF COURTS:

    Kindly withdraw the Objection to Confirmation of Plan filed on behalf of Specialized Loan Servicing, LLC, as Servicing Agent for Federal Home Loan Mortgage Corporation, as Trustee for the Benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-1 on May 3, 2023 at Document No. 18. The Debtor's First Amended Chapter 13 Plan filed on June 27, 2023 at Document No. 22 resolves the Objection to Confirmation of Plan.

Dated: June 28, 2023

                                                                   Respectfully submitted,

                                                                   By: /s/ Keri P. Ebeck
                                                                   Keri P. Ebeck
                                                                   PA I.D. # 91298
                                                                   kebeck@bernsteinlaw.com
                                                                   601 Grant Street, 9th Floor
                                                                   Pittsburgh, PA 15219
                                                                   412-456-8112
                                                                   Fax: 412-456-8135

                                                                   *Counsel for Specialized Loan Servicing, LLC, as Servicing Agent for Federal Home Loan Mortgage Corporation, as Trustee for the Benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-1*