Certificate Number: 03621-PAE-DE-037637111

Bankruptcy Case Number: 23-10736



03621-PAE-DE-037637111

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 31, 2023, at 6:56 o'clock PM EDT, Wayne Clark completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 31, 2023                    By:     /s/Debora Velasquez

Name:   Debora Velasquez

Title:   Credit Counselor