Certificate Number: 03621-PAE-DE-037637112

Bankruptcy Case Number: 23-10736



03621-PAE-DE-037637112

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>July 31, 2023</u>, at <u>6:56</u> o'clock <u>PM EDT</u>, <u>Deborah Clark</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   July 31, 2023           By:   /s/Debora Velasquez

                                Name: Debora Velasquez

                                Title: Credit Counselor