**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **WAYNE R CLARK** | : | |
| | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 23-10736 PMM |

## PRAECIPE TO WITHDRAW

Kindly withdraw Trustee's Motion to Dismiss case and Notice of Motion filed on December 28, 2023. Docket entry #35 and #36.

Respectfully submitted,

/s/ Kenneth E. West, Esq

January 30, 2024

Kenneth E. West
Chapter 13 Standing Trustee