United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 23-10736-pmm |
|---|---|
| Wayne R Clark | Chapter 13 |
| Deborah A Clark | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 14, 2024 | Form ID: 155 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wayne R Clark, Deborah A Clark, 919 Sherman Avenue, Huntingdon Valley, PA 19006-8722 |
| 14779449 | + | Citadel Credit Union, Attn: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14775307 | + | PNC BANK, NATIONAL ASSOCIATION, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14764975 | + | Email/Text: bankruptcycollections@citadelbanking.com | Feb 15 2024 00:31:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14764976 | + | Email/Text: bankruptcycollections@citadelbanking.com | Feb 15 2024 00:31:00 | Citadel FCU, 520 Eagle View Blvd, Exton, PA 19341-1119 |
| 14764977 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 15 2024 00:35:04 | Citibank, 100 Citibank Drive, San Antonio, TX 78245-3202 |
| 14764978 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 15 2024 00:35:56 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14776860 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 15 2024 00:31:00 | Federal Home Loan Mortgage Corp. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 14764979 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 15 2024 00:35:33 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 14774263 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 15 2024 00:31:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14764981 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 15 2024 00:35:02 | Ollo Card Services, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 14764980 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 15 2024 00:35:28 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 14784441 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 15 2024 00:30:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 14764982 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 15 2024 00:30:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 14764983 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 15 2024 00:30:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14775226 | ^ | MEBN | Feb 15 2024 00:20:31 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14764984 | + | Email/Text: bankruptcy1@pffcu.org | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 14, 2024 | Form ID: 155 | Total Noticed: 20 |

|  |  |  | Feb 15 2024 00:31:00 | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
|---|---|---|---|---|
| 14764985 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
|  |  |  | Feb 15 2024 00:31:00 | Sls/equity, Attn: Bankruptcy, 8742 Lucent Blvd., Highlands Ranch, CO 80129-2302 |
| 14764986 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
|  |  |  | Feb 15 2024 00:31:00 | Sls/equity, Po Box 630147, Littleton, CO 80163-0147 |
| 14764987 | + | Email/Text: support@ymalaw.com | | |
|  |  |  | Feb 15 2024 00:31:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2024          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2024 at the address(es) listed below:**

**Name**          **Email Address**

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KERI P EBECK
    on behalf of Creditor Specialized Loan Servicing  LLC, as Servicing Agent for Federal Home Loan Mortgage Corporation, as Trustee for the Benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-1 kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mfarrington@kmllawgroup.com

PAUL H. YOUNG
    on behalf of Debtor Wayne R Clark support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG
    on behalf of Joint Debtor Deborah A Clark support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Wayne R Clark and Deborah A Clark
     Debtor(s)　　　　　　　　　　　　　　　Chapter: 13

　　　　　　　　　　　　　　　　　　　　　　　　Bankruptcy No: 23−10736−pmm
_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this February 13, 2024 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

　　　　　　　　　　　　　　　　　　　　　　　Patricia M. Mayer
　　　　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　42
　　　　　　　　　　　　　　　　　　　　　　　　　Form 155