**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **WAYNE R CLARK** |
| Debtor 2 (Spouse, if filing) | **DEBORAH A CLARK** |
| Unites States Bankruptcy Court for the: | **Eastern District of Pennsylvania** |
| | (State) |
| Case Number | **23-10736-PMM** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

### Part 1:   Mortgage Information

**Name of claim holder:**   SHELLPOINT MORTGAGE SERVICING

**Court claim no.**  (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account:   7   9   2   7

**Property Address:**   919 SHERMAN AVENUE
Number        Street

HUNTINGDON VALLEY          PA    19006
City                                                    State    ZIP Code

### Part 2:   Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:   Arrearages

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $        -0- |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $        -0- |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $        -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $        -0- |

**Part 4:**  **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.  Total amount of postpetition payments disbursed by the trustee as of date of notice:     $ _____ -0-

b.  The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:**  **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:     $ _____ -0-

**Part 6:**  **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Kenneth E. West                                      Date   03/24/2026
Signature

Trustee    Kenneth E. West
First Name          Middle Name          Last Name

Address    190 N. Independence Mall West, Suite 701
Number        Street

Philadelphia                          PA     19106
City                          State     ZIP Code

Contact phone  (215) 627-1377                  Email  info@ph13trustee.com

| Debtor 1 | **WAYNE R CLARK** | Case Number **23-10736-PMM** | Page 1 |
|---|---|---|---|
| | Name | | |

## History Of Payments

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| | | | | | Total for Claim Number : | 0.00 |
| | | | | | **Total for :** | **0.00** |