United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                       Case No. 23-10736-pmm

Wayne R Clark                           Chapter 13

Deborah A Clark

     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 24, 2026 | Form ID: 138OBJ | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wayne R Clark, Deborah A Clark, 919 Sherman Avenue, Huntingdon Valley, PA 19006-8722 |
| 14775307 | + | PNC BANK, NATIONAL ASSOCIATION, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 25 2026 01:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 25 2026 01:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14779449 | + | Email/Text: bankruptcycollections@citadelbanking.com | Mar 25 2026 01:52:00 | Citadel Credit Union, Attn: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14764975 | + | Email/Text: bankruptcycollections@citadelbanking.com | Mar 25 2026 01:52:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14764976 | + | Email/Text: bankruptcycollections@citadelbanking.com | Mar 25 2026 01:52:00 | Citadel FCU, 520 Eagle View Blvd, Exton, PA 19341-1119 |
| 14764977 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2026 02:03:27 | Citibank, 100 Citibank Drive, San Antonio, TX 78245-3202 |
| 14764978 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2026 02:03:45 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14776860 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 25 2026 01:52:00 | Federal Home Loan Mortgage Corp. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 14904392 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 25 2026 01:52:00 | Federal Home Loan Mortgage Corporation, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14764979 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2026 02:03:37 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 14774263 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2026 01:52:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14764981 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 25 2026 02:03:36 | Ollo Card Services, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 14764980 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 25 2026 02:03:25 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Mar 24, 2026 | Form ID: 138OBJ | Total Noticed: 23

| 14784441 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 25 2026 01:52:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 14764982 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 25 2026 01:52:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 14764983 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 25 2026 01:52:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14775226 | ^ MEBN | Mar 25 2026 01:50:36 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14764984 | + Email/Text: bankruptcy1@pffcu.org | Mar 25 2026 01:52:00 | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14764985 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 25 2026 01:52:00 | Sls/equity, Attn: Bankruptcy, 8742 Lucent Blvd., Highlands Ranch, CO 80129-2302 |
| 14764986 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 25 2026 01:52:00 | Sls/equity, Po Box 630147, Littleton, CO 80163-0147 |
| 14764987 | + Email/Text: support@ymalaw.com | Mar 25 2026 01:52:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Specialized Loan Servicing  LLC, as Servicing Agent for Federal Home Loan Mortgage Corporation, as Trustee for the Benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-1 kebeck@metzlewis.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MATTHEW K. FISSEL | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| PAUL H. YOUNG | |

District/off: 0313-2

User: admin

Page 3 of 3

Date Rcvd: Mar 24, 2026

Form ID: 138OBJ

Total Noticed: 23

on behalf of Debtor Wayne R Clark support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG

on behalf of Joint Debtor Deborah A Clark support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

*Form 138OBJ* (6/24)–doc 52 – 49

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Wayne R Clark | ) | Case No. 23–10736–pmm |
| | ) | |
| | ) | |
|    Deborah A Clark | ) | Chapter: 13 |
| | ) | |
|   Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 24, 2026

For The Court

Mohung Wong
Clerk of Court